# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:05cr233-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| AMBER LENE KELLY | ) | |

**THIS MATTER** is before the Court on the Defendant's letter of December 13, 2012 which the Clerk of Court filed as a motion to reduce sentence [Doc. 101] and the Defendant's Motion to Expedite as to Motion to Reduce Sentence [Doc. 102].

On August 1, 2005, the Defendant was charged in a four count Bill of Indictment with possession of methamphetamine, conspiracy to possess with intent to distribute methamphetamine, and two counts of using firearms during a drug trafficking crime, in violation of 21 U.S.C. §§841 & 846 and 18 U.S.C. §924(c). [Doc. 1]. She entered into a plea agreement pursuant to which she pled guilty to Counts One and Three in return for the dismissal of Counts Two and Four. [Doc. 85]. On February 12, 2007, she was sentenced to serve 63 months imprisonment in connection with the

drug possession count and a mandatory consecutive sentence of 60 months in connection with the firearms conviction. [Doc. 95]. She did not file a direct appeal or a motion pursuant to 28 U.S.C. §2255.

The Defendant's letter appears to be based on <u>United States v. Simmons</u>, 649 F.3d 237 (4th Cir. 2011). Her conviction and sentence, however, were based on the drug quantities attributed to her and the mandatory consecutive sentence of 60 months for using a firearm during a drug trafficking crime. The Court also notes that she received a downward departure at sentencing. No relief is available.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter of December 13, 2012 which the Clerk of Court filed as a motion to reduce sentence [Doc. 101] is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the Defendant's Motion to Expedite as to Motion to Reduce Sentence [Doc. 102] is hereby **DENIED** as moot.

Signed: May 22, 2013

Martin Reidinger
United States District Judge